UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELA SZAKACS and ZITA HARMATI,
Plaintiffs,

-against-

CITY OF NEW YORK and NYC MARSHAL,
Defendants.

Case No. 1:26-cv-07183 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 28, 2026, Plaintiffs filed a motion for a preliminary injunction, interim monetary relief, and to supplement the complaint to specify a damages amount. Dkt. 10. On October 13, 2026, Plaintiffs filed a second motion for a preliminary injunction and interim monetary relief. Dkt. 14. Defendants appeared on October 23, 2026. The parties shall meet and confer on a schedule for briefing the present preliminary injunction motions and inform the Court of their proposal by **November 13, 2026**.

Dated: October 30, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge